# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>  v.<br><br>GAVIN MCLEAN FRASER,<br><br>            Defendant. | Case No. 6:13-cr-00602-MC-1<br><br>**ORDER GRANTING MOTION TO REDUCE SENTENCE** |

McSHANE, District Judge:

  This matter is before the Court on the parties' joint motion to reduce sentence pursuant to 18 U.S.C. § 3582(c)(1)(A)(i). Based on the filings to date and the agreement of the parties, and after full consideration of the relevant factors under 18 U.S.C. § 3553(a), the Court finds that extraordinary and compelling reasons warrant a reduction of defendant's sentence to time served effective June 12, 2020. The Court concludes that the defendant does not pose a danger to any other person or the community. The U.S. Probation Office has approved a release plan for Mr. Fraser, which includes a self-quarantine for 14 days upon arrival at the approved residence (subject to location monitoring at the discretion of U.S. Probation), followed by a period of residence up to 180 days at a residential re-entry center. This sentence reduction is consistent with the currently applicable U.S. Sentencing Commission policy statements.

  The Court therefore GRANTS the Joint Motion to Reduce Sentence.

IT IS HEREBY ORDERED that Defendant shall be released on Friday, June 12, 2020, for travel to his approved release residence in Oregon. Upon his arrival in Oregon, the defendant shall be required to adhere to a 14-day quarantine period at the residence or at another location approved by the U.S. Probation Office, subject to location monitoring at the discretion of U.S. Probation, unless the U.S Probation Office authorizes interruption of the quarantine for urgent reasons.

IT IS FURTHER ORDERED that the conditions of supervision shall be modified to require up to 180 days residence at a residential re-entry center, to commence and end at the time set by the U.S. Probation Office. An amended judgment and commitment order shall be prepared and entered forthwith in accordance with this decision.

Dated this __11th__ day of June, 2020.

_____
Hon. Michael McShane
United States District Court Judge